No. D–203. IN RE DISBARMENT OF HENDERSON. Disbarment entered. [For earlier order herein, see 449 U. S. 978.]

No. D–205. IN RE DISBARMENT OF SILASKI. Disbarment entered. [For earlier order herein, see 449 U. S. 979.]

No. D–208. IN RE DISBARMENT OF NOREN. Disbarment entered. [For earlier order herein, see 449 U. S. 990.]

No. D–213. IN RE DISBARMENT OF HALVERSON. Disbarment entered. [For earlier order herein, see 449 U. S. 1007.]

No. D–234. IN RE DISBARMENT OF FONTAINE. It is ordered that Ernest H. Fontaine III of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–235. IN RE DISBARMENT OF WILLIAMS. It is ordered that Michael W. Williams, of Corpus Christi, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–236. IN RE DISBARMENT OF ROSENBLUM. It is ordered that Henry Rosenblum, of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 79–404. UNITED STATES v. CORTEZ ET AL., 449 U. S. 411. Motion for appointment of counsel granted, and it is ordered that S. Jeffrey Minker, Esquire, of Tucson, Ariz., be appointed to serve as counsel for respondent, Jesus Cortez, *nunc pro tunc.*